UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY W. ALBRECHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )  Cause No.:  4:11-cv-1914 |
| | ) |
| MOBILE NATIONAL DEVELOPMENT CO, LLC, | ) |
| AND CONSTANCE WHITBY, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Les A. Steinberg and the law firm of Steinberg & Steinberg, L.L.C., and hereby enter their appearance for Defendants Mobile National Development Co., LLC, and Constance Whitby in the above captioned matter.

RESPECTFULLY SUBMITTED,

STEINBERG & STEINBERG, LLC


          /s/ Les A. Steinberg
Les A. Steinberg, 36839MO
Attorney for Defendants
655 Craig Road, Ste. 338
St. Louis, Missouri 63141
314-994-9400; Facsimile: 314-994-0003
les@steinberglaw.com


## CERTIFICATE OF SERVICE

I  hereby certify that a true copy of the foregoing Entry of Appearance was served was served via CM/ECF system on all parties of record in this cause on this 18th  day of November, 2011.


          /s/ Les A. Steinberg